**The Stearnes Company, appellee, v. Embassy Hotel Company, appellant.  Gen. No. 32,700.**

Opinion filed October 11, 1928.
Philip D. Hoffman, for appellant.  Simons, De Souchet & Contarsy, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

**Rudolph Beskin et al., appellees, v. City of Chicago, appellant.  Gen. No. 32,730.**

Opinion filed October 11, 1928.  Rehearing denied October 23, 1928.
Samuel A. Ettelson, Corporation Counsel, for appellant; Leon Hornstein and James I. McCarthy, Assistant Corporation Counsel, of counsel.  Harry R. Chapman and Chester E. Cleveland, for appellees.
Mr. Justice Scanlan delivered the opinion of the court.

**Harold E. Leopold, appellant, v. Milwaukee-Western State Bank, appellee.  Gen. No. 32,127.**

Opinion filed November 7, 1928.
Moses, Kennedy, Stein & Bachrach, for appellant; Hirsch E. Soble, of counsel.  Brown, Fox & Blumberg, for appellee; Roy Massena and Jacob Logan Fox, of counsel.
Mr. Presiding Justice Holdom delivered the opinion of the court.

**J. Frank Lindsey, trading as Lindsey Company, appellee, v. Louis Rosen, appellant.  Gen. No. 32,767.**

Opinion filed November 7, 1928.  Rehearing denied November 23, 1928.
Jaffe & Green, for appellant.  Charles P. Molthrop, for appellee.
Mr. Presiding Justice Holdom delivered the opinion of the court.